**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CHELSEA L. DIAZ (SBN 271859)
cdiaz@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
erroneously sued as Capital One, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE COLLIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, INC and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-07216-GW-AGRx<br>*Hon. George H. Wu*<br><br><br>**PROOF OF SERVICE** |

DOLL AMIR & ELEY LLP

**DOLL AMIR & ELEY LLP**

1            **PROOF OF SERVICE**

2     **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3        I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067**.

5        On September 18, 2014, I served the foregoing documents described as

6

7      **1)**     **CIVIL COVER SHEET;**
        **2)**     **NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C.§ 1441(a), 28 U.S.C.§ 1331 (FEDERAL QUESTION), and 28 U.S.C.§ 1367(a) (SUPPLEMENTAL JURISDICTION);**
        **3)**     **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;**
        **4)**     **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;**
        **5)**     **DEFENDANT CAPITAL ONE BANK (USA), N.A.'S NOTICE OF INTERESTED PARTIES**

on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐   **BY REGULARMAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐   **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☒   **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐   **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

1        I declare that I am employed in the office of a member of the Bar of this Court,
2    at whose direction the service was made.  I declare under penalty of perjury under the
     laws of the State of California that the foregoing is true and correct.

3    Executed on September 18, 2014, at Los Angeles, California.

4

5                                                    Erica Amin

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOLL AMIR & ELEY LLP

1                           **SERVICE LIST**

2

3   Paul Makin                                  T: (800) 219-3577
    The Law Office of L. Paul Makin IV       F: (323) 207-3882

4   8730 Wilshire Blvd., Suite 310
    Beverly Hills, CA 90211                 *Attorneys for Plaintiff, Eddie Collier*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOLL AMIR & ELEY LLP

PROOF OF SERVICE