# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE <br> CAPITAL ONE TELEPHONE <br> CONSUMER PROTECTION ACT <br> LITIGATION | Master Docket No. 1:12-cv-10064 <br> MDL No. 2416 |
| This document relates to: | |
| EDDIE COLLIER, | Case No: 1:14-CV-07675 |
| v. | |
| CAPITAL ONE BANK (USA), N.A., <br> and DOES 1 through 10 inclusive. | |

## AGREED ORDER TO DISMISS WITH PREJUDICE

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the parties:

IT IS HEREBY ORDERED that *Eddie Collier v. Capital One Bank (USA), N.A., 14 c 7675,* is dismissed in its entirety, with prejudice, each party bearing its own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a). Civil case terminated.

Dated: January 12, 2015

JAMES F. HOLDERMAN
United States District Court Judge